IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICHARD D. GEORGE                                                    PLAINTIFF

VS.                                    CASE NO. 08-CV-4056

SHANNON TUCKER, Public Defender;
JUDGE KIRK JOHNSON, Miller County;
BRENT HALTOM, Prosecuting Attorney                                   DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on September 18, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 7). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff's Complaint should be and hereby is dismissed as frivolous, for failing to state claims upon which relief may be granted and for seeking relief against Defendants who are immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

IT IS SO ORDERED, this 9th day of October, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge